AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States Courts Southern
District of Texas
FILED

*September 13, 2021*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Derrick SANKEY (2000/USC) | )<br>)<br>)<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

Case No. 7:21-mj-1949-1

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _September 13, 2021_ in the county of _Hidalgo_ in the
_Southern_ District of _Texas_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | Possession with intent to distribute a controlled substance, approximately one (1) kilogram of cocaine. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*Robert L. Guerra*
Complaint authorized by: AUSA Rob Guerra

Submitted by reliable electronic means, sworn to
and attested to telephonically per Fed. R. Cr. 4.1,
and probable cause found on:

Date: September 13, 2021 at 9:26 p.m.

City and state: McAllen, Texas

/s/ David T. Racca
*Complainant's signature*

David T. Racca, HSI Special Agent
*Printed name and title*

*Judge's signature*

Hon. J. Scott Hacker, U.S. Magistrate
*Printed name and title*

**Attachment "A"**

I, David T. Racca, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On September 8, 2021, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received information regarding the criminal activity of Derrick SANKEY, a soldier with the Alabama National Guard. According to the information, SANKEY was said to be involved in the transportation and distribution of narcotics.

2. On September 13, 2021, HSI McAllen agents conducted an undercover operation in Hidalgo, Texas. During the undercover operation, SANKEY agreed to transport one (1) kilogram of narcotics from the Whataburger in Hidalgo, Texas to the DoubleTree Hotel in McAllen, Texas. SANKEY arrived at the Whataburger in Hidalgo, Texas in a military uniform, driving a United States Border Patrol marked patrol vehicle. SANKEY approached an undercover agent and asked for the package he had agreed to pick up. HSI Special Agents (SA) arrested SANKEY as he took possession of the package.

3. During a mirandized, post-arrest interview with HSI SAs, SANKEY admitted that he arrived at the Whataburger in Hidalgo, Texas after agreeing to pick up one (1) kilogram of an illegal narcotic and transport it to the DoubleTree hotel in McAllen, Texas. SANKEY admitted that he believed the person he received the package from had brought the package from Mexico into the United States. SANKEY admitted that he was to be paid $1,000 for his efforts.